FILED 19 MAY '11 13:29 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MORRIS KOLBE, | ) |
| Petitioner, | ) Civil No. 10-798-JO |
| v. | ) |
| | ) ORDER TO DISMISS |
| JOAN PALMATEER, | ) |
| Respondent. | ) |

JONES, District Judge.

Petitioner's Counsel's Motion to Dismiss [25] this case on the basis Petitioner is deceased is GRANTED.

IT IS SO ORDERED.

DATED this 19t day of May, 2011.

Robert E. Jones
United States District Judge

1 - ORDER TO DISMISS